Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John J. McCreary* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Lester P. Schoene, Wilbur C. Pickett,* and *Fendall Marbury* for the United States.

No. 541. HAWK *v.* OLSON, WARDEN. January 4, 1943. The motion for leave to proceed *in forma pauperis* is granted. The motion to strike petitioner's reply brief is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied. *Henry Hawk, pro se. Messrs. Walter R. Johnson,* Attorney General of Nebraska, and *H. Emerson Kokjer,* Assistant Attorney General, for respondent.

No. 550. WARREN TELEPHONE CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. H. H. Hoppe* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *S. Dee Hanson* for respondent.

No. 560. KLINE *v.* COMMISSIONER OF INTERNAL REVENUE. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Warren Brock* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.